THE HONORABLE JOHN COUGHENOUR
Trial Date: June 23, 2025
Moving Party: Joint
Note for Hearing: January 2, 2025
Without Oral Argument

UNITED STATED DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACEY SHANFELD, an Individual, | Case No. 2:24-cv-00516-JCC |
| Plaintiff, | **STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE** |
| v. | |
| EVERGREEN TREATMENT SERVICES, a Non-Profit Organization, | |
| Defendant. | |

## I.    JOINT REQUEST FOR RELIEF

Plaintiff Tracey Shanfeld and Defendant Evergreen Treatment Services (collectively, the "Parties") by and through their respective counsel, stipulate and jointly move the Court for an Order continuing the trial date in this matter until at least September 1st, 2025, or as soon as possible thereafter, and continuing the court deadlines, including the deadline to change the trial date, the discovery cutoff deadline, and pre-trial deadlines in accordance and in due course to accommodate the new trial date.

## II.    FACTS IN SUPPORT OF STIPULATED MOTION

1.    Plaintiff Tracey Shanfeld filed this employment discrimination lawsuit on April

STIPULATED MOTION TO CONTINUE TRIAL DATE
AND AMEND CASE SCHEDULE - 1

**Nolan Lim Law Firm, PS**
1111 Third Ave, Suit e 1850
Seattle, WA 98101
Tel: 206-774-8874
Fax: 206-430-622

16th, 2024.

2.      On May 3rd, 2024, the Court issued a Minute Order reassigning the case to Judge John C. Coughenour.

3.      On July 1st, the Parties filed a Joint Status Report and Discovery Plan.

4.      On October 30, 2024, Plaintiff notified Defendant that another trial in Federal Court presented a direct conflict with the scheduled trial date of this matter via email. Plaintiff has a trial scheduled for the matter *Stepien vs. Raimondo*, #2:21-cv-01410-LK is scheduled to start on June 16, 2025, with an anticipated 10 court days allocated for trial. This court has set a trial date of June 23, 2025. In *Stepien vs. Raimondo* dispositive motions have already been decided, and settlement is not imminent.

5. The parties have exchanged written discovery.

6. The parties have been working in good faith to schedule deposition but due to scheduling and trial conflicts, depositions have not occurred, but the parties have been diligently making arrangement to have depositions to take place in late January or early February of 2025.

5.      The parties conferred via email and jointly agreed that a trial date that occurs on or after September 1, 2025, would work for the schedules of both parties as an alternative to June 23, 2025.

6.      Accordingly, the Parties respectfully request that the Court continue the trial date and case schedule as described below, for good cause:

a.      Continue the trial date until at least September 1st, 2025, or as soon as possible thereafter.

b.      Direct the Clerk of Court to enter an Amended Case Schedule with new scheduling dates reflecting the new trial date and new litigation deadlines, including the pre-trial deadlines, in accordance and in due course to accommodate the new trial date.

STIPULATED MOTION TO CONTINUE TRIAL DATE
AND AMEND CASE SCHEDULE - 2

7.      This stipulation and request to extend the case schedule is made in good faith and is not for the purposes of undue delay.


For the reasons listed above, the Parties respectfully request that the Court grant their Joint Motion to Continue Trial Date and Amend Case Schedule.


IT IS SO STIPULATED this January 2, 2025.


IT IS SO STIPULATED.

DATED: January 2, 2025                    *s/Nolan Lim*
                                          NOLAN LIM, WSBA # 36830
                                          Nolan Lim Law Firm
                                          1111Third Avenue, Suite 1850
                                          Seattle, Washington 98101
                                          Phone: (206) 774-8874
                                          Email: nolan@nolanlimlaw.com

                                          *Counsel for Plaintiff*

DATED: January 2, 2025                    NORTHCRAFT BIGBY, PC


                                          *s/Aaron Bigby*
                                          *Aaron Bigby, WSBA #29271*
                                          *819 Virginia St., Suite C-2*
                                          Seattle, WA 98101


                                          *Counsel for Defendant*

STIPULATED MOTION TO CONTINUE TRIAL DATE
AND AMEND CASE SCHEDULE - 3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

The parties request for a New trial date and Amended Case Schedule with new associated pretrial deadlines is GRANTED.

DATED:_ January 2nd, 2025 _____

_____
John C. Coughenour
United States District Court Judge

STIPULATED MOTION TO CONTINUE TRIAL DATE
AND AMEND CASE SCHEDULE - 4

**Nolan Lim Law Firm, PS**
1111 Third Ave, Suit e 1850
Seattle, WA 98101
Tel: 206-774-8874
Fax: 206-430-622