THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACY SHANFELD, | CASE NO. C24-0516-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EVERGREEN TREATMENT SERVICES, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date (Dkt. No. 17) and the Court's subsequent Order granting that motion (Dkt. No. 18). Based on the parties' stipulation, the Court sets a **September 2, 2025, trial date** and establishes the following pretrial deadlines:

| Event | Date/Deadline |
|---|---|
| Discovery | May 5, 2025 |
| Rule 39.1 Mediation | May 19, 2025 |
| Dispositive Motions | June 2, 2025 |
| Pretrial Order and Motions *in Limine* | August 25, 2025 |

| Proposed Jury Instructions, Verdict Form, and Voir Dire | August 26, 2025 |
|---|---|
| Trial Briefs | August 29, 2025 |

DATED this 7th day of January 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C24-0516-JCC
PAGE - 2