THE HONORABLE JOHN COUGHENOUR
Trial Date: June 23, 2025
Moving Party: Joint
Note for Hearing: January 2, 2025
Without Oral Argument

UNITED STATED DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACEY SHANFELD, an Individual, | Case No. 2:24-cv-00516-JCC |
| Plaintiff, | **SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE** |
| v. | |
| EVERGREEN TREATMENT SERVICES, a Non-Profit Organization, | |
| Defendant. | |

## I.  JOINT REQUEST FOR RELIEF

Plaintiff Tracey Shanfeld and Defendant Evergreen Treatment Services (collectively, the "Parties") by and through their respective counsel, stipulate and jointly move the Court for an Order continuing the trial date in this matter until at least November 10, 2025, or as soon as possible thereafter, and continuing the court deadlines, the discovery cutoff deadline, and pre-trial deadlines in accordance and in due course to accommodate the new trial date.

## II.  FACTS IN SUPPORT OF STIPULATED MOTION

1. Plaintiff Tracey Shanfeld filed this employment discrimination lawsuit on April 16th, 2024.

SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE
AND AMEND CASE SCHEDULE - 1

**Nolan Lim Law Firm, PS**
1111 Third Ave, Suit e 1850
Seattle, WA 98101
Tel: 206-774-8874
Fax: 206-430-622

2. The parties have been working in good faith to complete discovery and to this date have conducted four depositions and exchanged written discovery.

3. The deposition of witness, Migdalia Verdejo, former ETS employee and coworker of Ms. Shanfeld was scheduled for April 18, 2025.

4. Ms. Verdejo refused to appear virtually for her deposition and informed Plaintiff's counsel that she would not attend despite repeated requests for compliance.

5. The parties agreed on the record that Ms. Verdejo's deposition would be subject to a motion to compel which will be forthcoming.

6. Plaintiff's counsel attempted to serve Ms. Ann Curiel, former ETS employee and coworker of Ms. Shanfeld, with a deposition notice for April 17, 2025 after receiving information from Defendant regarding her contact information in late March 2025.

7. The contact information initially provided by Defendant for Ms. Curiel was no longer accurate and Plaintiff's attempt at service were unsuccessful.

8. On or about April 15, 2025, Defendant provided updated contact information for Ms. Curiel.

9. Plaintiff was in the process of serving a deposition notice to Ms. Curiel for May 5, 2025 but the parties have since agreed to postpone Ms. Curiel's deposition to make good faith efforts to mediate the matter on May 5, 2025, pursuant to the Court's order and case schedule and avoid potential costs to depose Curiel and Verdejo.

10. The parties have agreed to reschedule the trial date to November 2, 2025, or later due to a conflict with another federal jury trial, 2:21-cv-01410-LK *Stepien v. Raimondo* which was recently continued to a date, August 25, 2025 (Stepien will at minimum be a 10 day trial) that overlap or closely coincide with the current trial setting in this matter of September 2, 2025.

11. Accordingly, the Parties respectfully request that the Court continue the trial date

SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE
AND AMEND CASE SCHEDULE - 2

**Nolan Lim Law Firm, PS**
1111 Third Ave, Suite 1850
Seattle, WA 98101
Tel: 206-774-8874
Fax: 206-430-622

and case schedule as described below, for good cause:

    a.    Continue the trial date until at least November 10, 2025, or as soon as possible thereafter.

    b.    Direct the Clerk of Court to enter an Amended Case Schedule with new scheduling dates reflecting the new trial date and new litigation deadlines, including the pre-trial deadlines, in accordance and in due course to accommodate the new trial date and allow the parties to file a stipulated motion to compel Verdejo's testimony and give reasonable time to conduct the deposition of Anna Curiel should the parties be unable to resolve this matter at mediation.

12. This stipulation and request to extend the case schedule is made in good faith and is not for the purposes of undue delay.

For the reasons listed above, the Parties respectfully request that the Court grant their Joint Motion to Continue Trial Date and Amend Case Schedule.

IT IS SO STIPULATED this April 30, 2025.

DATED: April 30, 2025

    *s/Nolan Lim*
NOLAN LIM, WSBA # 36830
Nolan Lim Law Firm
1111 Third Avenue, Suite 1850
Seattle, Washington 98101
Phone: (206) 774-8874
Email: nolan@nolanlimlaw.com

*Counsel for Plaintiff*

DATED: April 30, 2025    NORTHCRAFT BIGBY, PC

SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE
AND AMEND CASE SCHEDULE - 3

**Nolan Lim Law Firm, PS**
1111 Third Ave, Suit e 1850
Seattle, WA 98101
Tel: 206-774-8874
Fax: 206-430-622

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

       *s/Aaron Bigby*
*Aaron Bigby, WSBA #29271*
*819 Virginia St., Suite C-2*
*Seattle, WA 98101*

*Counsel for Defendant*

SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE
AND AMEND CASE SCHEDULE - 4

**Nolan Lim Law Firm, PS**
1111 Third Ave, Suit e 1850
Seattle, WA 98101
Tel: 206-774-8874
Fax: 206-430-622

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

The parties request for a New trial date and Amended Case Schedule with new associated pretrial deadlines is GRANTED.

DATED: May 2, 2025

_____
John C. Coughenour
United States District Court Judge

SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE
AND AMEND CASE SCHEDULE - 5

**Nolan Lim Law Firm, PS**
1111 Third Ave, Suit e 1850
Seattle, WA 98101
Tel: 206-774-8874
Fax: 206-430-622