THE HONORABLE JOHN COUGHENOUR
Trial Date: June 23, 2025
Moving Party: Joint
Note for Hearing: MAY 2, 2025
Without Oral Argument

UNITED STATED DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACEY SHANFELD, an Individual, | Case No. 2:24-cv-00516-JCC |
| Plaintiff, | **MOTION TO COMPEL DEPOSITION TESTIMONY AND MOTION FOR CONTEMPT OF MIGDALIA VERDEJO** |
| v. | |
| EVERGREEN TREATMENT SERVICES, a Non-Profit Organization, | **NOTED FOR: MAY 2, 2025 (WITHOUT ORAL ARGUMENT)** |
| Defendant. | |

## I.  JOINT REQUEST FOR RELIEF

Plaintiff, Tracy Shanfeld, and Defendant Evergreen Treatment Services, by and through their respective undersigned counsel, hereby jointly move pursuant to Federal Rule of Civil Procedure 37(a) for an order compelling non-party witness Migdalia Verdejo to appear for deposition testimony.

**I. FACTUAL BACKGROUND**

1.  On April 3, 2025, Plaintiff served a subpoena on non-party witness Migdalia Verdejo to appear for deposition on April 18, 2025. Lin Dec. at Exhibit 1 (subpoena) and Exhibit 2 (Declaration of Service).

STIPULATED MOTION TO COMPEL  - 1

**Nolan Lim Law Firm, PS**
1111 Third Ave, Suit e 1850
Seattle, WA 98101
Tel: 206-774-8874
Fax: 206-430-622

2.Plaintiff hired a court reporter and prepared to take Ms. Verdejo's deposition on the noticed date. Lim Decl. at ¶3.

3.Ms. Verdejo failed to appear for her deposition on April 18, 2025 which was attended by both Plaintiff and Defense counsel. Id.

4.Plaintiff's counsel contacted Ms. Verdejo and requested compliance with the subpoena the same day. Ms. Verdejo affirmatively refused to appear. Id.

5.Plaintiff and Defendant conferred on the record and agreed that Ms. Verdejo's deposition would be continued and a joint motion to compel would be filed to obtain an order requiring her appearance. Id.

6.Ms. Verdejo is a witness that both Plaintiff and Defendant deem relevant and have listed on discovery answers or initial disclosures as a possible trial witness. Id.

## II. LEGAL AUTHORITY

Federal Rule of Civil Procedure 37(a)(1) allows a party to move for an order compelling disclosure or discovery, including a deposition. Under Rule 45(g), the Court may hold a person in contempt for failing to obey a subpoena without adequate excuse.

Ms. Verdejo was properly served with a valid subpoena pursuant to Federal Rule of Civil Procedure 45. Her failure to appear and refusal to comply, absent legal justification, warrants Court intervention to compel her testimony. The parties agree that the testimony is relevant and necessary for the litigation and that Ms. Verdejo's noncompliance should not impede discovery.

## III. REQUEST FOR RELIEF

The parties jointly request that the Court issue an order compelling Migdalia Verdejo to appear for deposition at a mutually agreed-upon time and date no later than [insert proposed deadline], and warning that failure to comply may result in sanctions or contempt pursuant to Rule 45(g).

DATED this 2ND day of MAY, 2025.

STIPULATED MOTION TO COMPEL  - 2

**Nolan Lim Law Firm, PS**
1111 Third Ave, Suit e 1850
Seattle, WA 98101
Tel: 206-774-8874
Fax: 206-430-622

STIPULATED AND AGREED TO:

NOLAN LIM LAW FIRM, PS


By: /s/ Nolan Lim
Nolan Lim Law Firm, PS
1111 Third Ave. Suite 1850
Seattle, WA 98101

Attorneys for Plaintiff


NORTHCRAFT BIGBY PC


By: /s/ Aaron Bigby

_____
Northcraft Bigby PC
819 Virginia St. Suite c-2
Seattle, WA 98101

Attorneys for Defendant

STIPULATED MOTION TO COMPEL  - 3

**Nolan Lim Law Firm, PS**
1111 Third Ave, Suit e 1850
Seattle, WA 98101
Tel: 206-774-8874
Fax: 206-430-622

# ORDER

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO COMPEL DEPOSITION TESTIMONY OF MIGDALIA VERDEJO**

The Court, having reviewed the parties' *Stipulated Motion to Compel Deposition Testimony of Migdalia Verdejo*, and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. Non-party witness Migdalia Verdejo is COMPELLED to appear for deposition pursuant to Federal Rule of Civil Procedure 37(a) and 45.

2. The deposition shall take place on a date and time mutually agreed upon by the parties, but no later than **June 20, 2025**, at a location within the subpoena's geographic scope.

3. Failure to appear for deposition as ordered may result in sanctions, including a finding of contempt, pursuant to Federal Rule of Civil Procedure 45(g).

IT IS SO ORDERED.

DATED: May 2, 2025

_____
John C. Coughenour
United States District Court Judge

STIPULATED MOTION TO COMPEL - 4

**Nolan Lim Law Firm, PS**
1111 Third Ave, Suit e 1850
Seattle, WA 98101
Tel: 206-774-8874
Fax: 206-430-622