**Honorable John C. Coughenour**
**Trial Date: 09/02/25**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACEY SHANFELD, an Individual,<br><br>        Plaintiff,<br>vs.<br><br>EVERGREEN TREATMENT SERVICES, a Non-Profit Organization,<br><br>        Defendant. | No. 2:24-cv-00516-JCC<br><br>**ORDER OF DISMISSAL**<br><br>**[Clerk's Action Required]** |

THIS MATTER having come on before this Court upon the Stipulation for Dismissal dated August 6, 2025, that all claims should be dismissed with prejudice and without costs to any party, it is hereby

ORDERED, ADJUDGED, AND DECREED that all claims are hereby dismissed with prejudice and without costs to any party.

DATED this __6th___ day of August, 2025.

_____
HONORABLE JOHN C. COUGHENOUR

**ORDER OF DISMISSAL - 1**   [2:24-cv-00516-JCC]
w:\shanfeld\pld\stip for dismissal.order

NORTHCRAFT BIGBY DANIELS PC
819 Virginia Street / Suite C-2
Seattle, Washington 98101
*tel:* 206-623-0229
*fax:* 206-623-0234